**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS**

| | |
|---|---|
| Dugaboy Investment Trust et al | § |
| *Plaintiff* | § |
| | § |
| | § |
| v. | § |
| | § |
| | § |
| Highland Capital Management LP et al. | § |
| *Defendant* | § |

Case No. 3:26-cv-2315-X

**APPLICATION FOR ADMISSION *PRO HAC VICE***
(Complete all questions; indicate "N/A" if necessary.)

**I.**    Applicant is an attorney and a member of the law firm of (or practices under the name of)

Kelly Hart Pitre                                                                , with offices at

400 Poydras Street, Suite 1812
(Street Address)

New Orleans                          LA                    70130
(City)                              (State)              (Zip Code)

630-292-6652                         504-522-1813
(Telephone No.)                      (Fax No.)

**II.**    Applicant will sign all filings with the name Amelia Hurt                                    .

**III.**    Applicant has been retained personally or as a member of the above-named firm by:

(List All Parties Represented)

Hunter Mountain Investment Trust

to provide legal representation in connection with the above-styled matter now pending before the United States District Court for the Northern District of Texas.

**IV.**    Applicant is a member in good standing of the bar of the highest court of the state of

_____Texas_____, where Applicant regularly practices law.

Bar license number: _24092553_    Admission date: _11/06/2014_____

| For Court Use Only. |
| Bar Status Verified: |
| _____ |

**Attach to this application an original certificate of good standing issued within the past 90 days from the attorney licensing authority in a state in which you are admitted to practice (e.g., State Bar of Texas).**

**V.**    Applicant has also been admitted to practice before the following courts:

| Court: | Admission Date: | Active or Inactive: |
|---|---|---|
| Louisiana Eastern District Court | October 2016 | Active |
| Louisiana Middle District Court | October 2016 | Active |
| Louisiana Western District Court | October 2016 | Active |

**VI.**    Applicant has never involuntarily lost, temporarily or permanently, the right to practice before any court or tribunal, or resigned in lieu of discipline, except as provided below:

N/A

**VII.**    Applicant has never been subject to grievance proceedings or involuntary removal proceedings—regardless of outcome—while a member of the bar of any state or federal court or tribunal that requires admission to practice, except as provided below:

N/A

**VIII.**    Applicant has not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below (omit minor traffic offenses):

N/A

**IX.**    Applicant has filed for *pro hac vice* admission in the United States District Court for the Northern District of Texas during the past three (3) years in the following matters:

Date of Application:          Case No. And Style:

n/a

(If necessary, attach statement of additional applications.)

**X.**    Local counsel of record associated with Applicant in this matter is

Louis M. Phillips                                                                , who has offices at

201 Main Street, Suite 2500
(Street Address)

Fort Worth                                    TX                    76102
(City)                                             (State)              (Zip Code)

817-332-2500                                   817-878-9280
(Telephone No.)                                (Facsimile No.)

**XI.**    Check the appropriate box below.

For Application in a **Civil Case**

[✔] Applicant has read *Dondi Properties Corp. v. Commerce Savs. & Loan Ass'n*, 121 F.R.D.284 (N.D. Tex. 1988) (en banc), and the local civil rules of this court and will comply with the standards of practice adopted in *Dondi* and with the local civil rules.

For Application in a **Criminal Case**

[ ] Applicant has read and will comply with the local criminal rules of this court.

**XII.**    Applicant respectfully requests to be admitted to practice in the United States District Court for the Northern District of Texas for this cause only.  Applicant certifies that a true and correct copy of this document has been served upon each attorney of record and the original upon the clerk of court, accompanied by a $100 filing fee, on this the    10    day of August                            , 2026        .

Amelia Hurt
Printed Name

Signature

If the applicant files this document through the applicant's electronic-filing account, the applicant's typed name on the signature block constitutes the applicant's signature.  If the applicant does not file this document through the applicant's electronic-filing account, the applicant must sign on the signature line.

# STATE BAR OF TEXAS



*Office of the Chief Disciplinary Counsel*

August 10, 2026

Re: Amelia Lynn Hurt, State Bar Number 24092553

To Whom It May Concern:

This is to certify that Amelia Lynn Hurt was licensed to practice law in Texas on November 06, 2014, and is an active member in good standing with the State Bar of Texas. "Good standing" means that the attorney is current on payment of Bar dues; has met Minimum Continuing Legal Education requirements; and is not presently under either administrative or disciplinary suspension from the practice of law.

This certification expires 30 days from the date, unless sooner revoked or rendered invalid by operation of rule or law.

Sincerely,

Seana Willing
Chief Disciplinary Counsel
SW/web



P.O. BOX 12487, CAPITOL STATION, AUSTIN, TEXAS 78711-2487, 512.427.1350; FAX: 512.427.4253