**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| THE DUGABOY INVESTMENT TRUST,<br><br>*Appellant*,<br><br>v.<br><br>HIGHLAND CAPITAL MANAGEMENT, L.P. *et al.*,<br><br>*Appellees*. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Civil Action No. 3:26-cv-02315-X |

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that Avery Joseph Welker, of the law firm Morgan, Lewis & Bockius LLP, a member in good standing of the bar of this Court, hereby enters an appearance in the above-captioned action as counsel for Appellant The Dugaboy Investment Trust. Contact information for Mr. Welker is as follows:

Avery Joseph Welker
Morgan, Lewis & Bockius LLP
1000 Louisiana St., Suite 4000
Houston, TX 77002
Tel.: (713) 890-5000
Fax: (713) 890-5001
avery.welker@morganlewis.com

Dated: August 14, 2026

Respectfully submitted,

/s/ *Avery Joseph Welker*
Michael J. Edney
D.C. Bar No. 492024
MORGAN, LEWIS & BOCKIUS LLP
1111 Pennsylvania Avenue, NW
Washington, D.C. 20004
T. (202) 739-3000
F. (202) 739-3001
michael.edney@morganlewis.com

Martha B. Stolley (*pro hac vice*)
New York Bar No. 2965374
MORGAN, LEWIS & BOCKIUS LLP
101 Park Ave.
New York, NY 10178-0060
T. (212) 309-6000
F. (212) 309-6001
martha.stolley@morganlewis.com

Avery Joseph Welker
Texas Bar No. 24137706
MORGAN, LEWIS & BOCKIUS LLP
1000 Louisiana Street, Suite 4000
Houston, TX 77002
T. (713) 890-5000
F. (713) 890-5001
avery.welker@morganlewis.com

Geoffrey S. Harper
Texas Bar No. 00795408
gharper@kslaw.com
John Michael Gaddis
Texas Bar No. 24069747
mgaddis@kslaw.com
King & Spalding LLP
2601 Olive Street, Suite 2300
Dallas, TX 75201
(214) 764-4600

John Ashcroft (*pro hac vice* forthcoming)
Johnny Sutton
ASHCROFT SUTTON
P.O. Box 160368
Austin, Texas 78716
T. (512) 370-1800
F. (703) 247-5446
jsutton@ashcroftlawfirm.com

Michael Burrage, OBA No. 1350
WHITTEN BURRAGE
512 N. Broadway Ave., Ste. 300
Oklahoma City, OK 73102
T. (405) 516-7800
F. (405) 516-7859
mburrage@whittenburragelaw.com

***Counsel for The Dugaboy Investment Trust***

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on August 14, 2026, a true and correct copy of this document was served electronically via the Court's CM/ECF system to the parties registered or otherwise entitled to receive electronic notices in this case.

/s/ *Avery Joseph Welker*
Avery Joseph Welker