**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**

| | |
|---|---|
| THE DUGABOY INVESTMENT TRUST,<br>Appellant,<br>v.<br>HIGHLAND CAPITAL MANAGEMENT, L.P. et al.,<br>Appellees. | Case No. 3:26-cv-02315-X |

# ENTRY OF APPEARANCE

To: The Clerk of Court and all Parties of Record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for Appellant The Dugaboy Investment Trust.

August 16, 2026

/s/ *Michael Burrage*
Michael Burrage, Bar No. 1350OK
WHITTEN BURRAGE
512 North Broadway Avenue, Suite 300
Oklahoma City, OK 73102
Office: 405.516.7800
Facsimile: 405.516.7859
mburrage@whittenburragelaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that on August 16, 2026, a true, correct, and exact copy of the foregoing document was sent via CM/ECF Filing and Service Email to all counsel of record.

*/s/ Michael Burrage*