**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | |
|---|---|
| In re:<br>HIGHLAND CAPITAL MANAGEMENT, L.P.<br>Reorganized Debtor. | Chapter 11<br>Case No. 19-34054-sgj11 |
| THE DUGABOY INVESTMENT TRUST,<br>Appellant,<br>v.<br>HIGHLAND CAPITAL MANAGEMENT, L.P. *et al.*,<br>Appellees. | Case No. 3:26-cv-02315-X |

**ORDER GRANTING**
**MOTION TO SUBSTITUTE COUNSEL**

Upon consideration of the *Motion to Substitute Counsel* (the "Motion")[1] filed by the Highland Litigation Sub-Trust (the "Litigation Sub-Trust"), appellee in the above-referenced matter (the "Appeal"), the Court finds and concludes that the factual and legal bases set forth in the Motion establish sufficient cause for the relief granted in this Order; therefore, after due deliberation, **IT IS ORDERED, ADJUDGED, AND DECREED THAT**:

1. The Motion is **GRANTED** as set forth herein.

[1] Capitalized terms not otherwise defined in this Order shall have the meanings ascribed to them in the Motion.

2. Effective upon the entry of this Order, (i) Jeffrey N. Pomerantz, John A. Morris, Gregory V. Demo, Jordan A. Kroop, and the law firm of Pachulski, Stang, Ziehl & Jones LLP and (ii) Melissa S. Hayward, Zachery Z. Annable, and the law firm of Hayward PLLC are substituted as counsel of record for the Litigation Sub-Trust in the Appeal.

3. Effective upon the entry of this Order, (i) Robert S. Loigman, Deborah J. Newman, and the law firm of Quinn Emanuel Urquhart & Sullivan LLP (together, the "Quinn Attorneys") and (ii) Paige H. Montgomery and the law firm of Sidley Austin LLP (together, the "Sidley Attorneys") are hereby withdrawn as counsel of record for the Litigation Sub-Trust in the Appeal.

4. The Clerk of this Court and all parties are directed to remove the Quinn Attorneys and the Sidley Attorneys as counsel of record for the Litigation Sub-Trust on the docket and any applicable service list, including the Court's CM/ECF electronic notification list, maintained in the Appeal.

**IT IS SO ORDERED** this 20th day of August, 2026.

The Honorable Brantley Starr
United States District Judge