# EXHIBIT C

**Zachery Annable**

**From:** Flynn, Grant <Grant.Flynn@state.sd.us>
**Sent:** Thursday, September 17, 2026 11:45 AM
**To:** Scott Will
**Cc:** mburrage@whittenburragelaw.com; Melissa Hayward; mstancil@Willkie.com; gharper@kslaw.com
**Subject:** RE: Highland Capital Appeal Letter

Scott,

It was our office's understanding that this letter would be attached to an exhibit that would be filed with the Court. As such, we would prefer to entrust the task of presenting the letter to the Court to the attorneys who are noticed in the case as part of a court filing, rather than mailing it directly to the Judge.

Thanks!

Grant M. Flynn
Assistant Attorney General
Office of the Attorney General
State of South Dakota
1302 S.D. Hwy. 1889, Suite #1
Pierre, SD 57501
(605) 773-3215

---

**From:** Scott Will <scott@attorneygeneralstrategies.com>
**Sent:** Wednesday, September 16, 2026 6:34 PM
**To:** Flynn, Grant <Grant.Flynn@state.sd.us>
**Cc:** Amber Hulse <amber.hulse@sdlegislature.gov>
**Subject:** Re: [EXT] Highland Capital Appeal Letter

Grant -

Thank you. You may email your letter to the following addresses: mburrage@whittenburragelaw.com, MHayward@HaywardFirm.com, mstancil@Willkie.com, gharper@kslaw.com. I may also request that your office mail a hard copy of the letter to the address listed at the top.

Thanks again, and have a great rest of your week.

-Scott

On Wed, Sep 16, 2026 at 3:48 PM Flynn, Grant <Grant.Flynn@state.sd.us> wrote:

> Senator Hulse and Mr. Will,

Attached please find a letter signed by AG Jackley supporting certification of direct appeal in the Highland Bankruptcy Case. I trust that one or both of you will be able to assist us with getting this letter into the right hands.

Please let me know if you have any questions or if there's anything else that you need from me.

Thanks so much!

Grant M. Flynn

Assistant Attorney General

Office of the Attorney General

State of South Dakota

1302 S.D. Hwy. 1889, Suite #1

Pierre, SD 57501

(605) 773-3215

--

**Scott Will**
Attorney General Strategies, LLC
C – (515) 783-7582
1401 H Street, NW, Suite 550
Washington, D.C. 20006
www.AttorneyGeneralStrategies.com