# Attachment A

KEN PAXTON
Attorney General of Texas
JEFFERY C. MATEER
First Assistant Attorney General
BRANTLEY D. STARR
Deputy First Assistant Attorney General
SCOTT A. KELLER
Solicitor General
JAMES E. DAVIS
Deputy Attorney General for Civil Litigation
DAVID J. HACKER (CA Bar No. 249272; TX Bar No. 24103323)
Special Counsel for Civil Litigation
KYLE HAWKINS
Assistant Solicitor General
OFFICE OF THE ATTORNEY GENERAL OF TEXAS
P.O. Box 12548, Mail Code 009
Austin, Texas 78711-2548
Tel.: (512) 936-1414
Fax: (512) 474-2697
david.hacker@oag.texas.gov

*Attorneys for Amici Curiae*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION OF NORTHERN CALIFORNIA,<br><br>Plaintiff,<br><br>v.<br><br>DON WRIGHT, Acting Secretary of Health and Human Services, et al.,<br><br>Defendants,<br><br>and<br><br>UNITED STATES CONFERENCE OF CATHOLIC BISHOPS,<br><br>Intervenor-Defendant. | Case No. 3:16-cv-3539-LB<br><br>**Hon. Laurel Beeler**<br><br>**BRIEF OF THE STATES OF TEXAS, LOUISIANA, MISSOURI, NEBRASKA, OHIO, OKLAHOMA AND SOUTH CAROLINA AS *AMICI CURIAE* IN SUPPORT OF DEFENDANTS**<br><br>**Hearing date: Oct. 11, 2017**<br><br>**Hearing time: 9:30 a.m.** |