BTXN 049 (rev. 03/15)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

FILED-USDC-NDTX-DA
'26 NOV 2 AM11:35
JJF

| | | | |
|---|---|---|---|
| In Re: Highland Capital Management, L.P. | | § | Case No.: 19−34054−sgj11 |
| | Debtor(s) | § | Chapter No.: 11 |
| The Dugaboy Investment Trust | Appellant(s) | § | 3:26-cv-02315-K |
| vs. | | § | 3:26-cv-02496-K |
| Highland Capital Management, L.P. | Appellee(s) | § | |

# NOTICE OF TRANSMITTAL

I am transmitting:

- ☐ The Motion for leave to Appeal 28 U.S.C. § (USDC Civil Action No. DNC Case).
- ☐ The Motion for Stay Pending Appeal (USDC Action No. − DNC Case).
- ☐ The Proposed Findings of Fact and Conclusions of Law.
- ☐ The Motion to Extend Time To File Designation (USDC Civil Action No DNC Case).
- ☐ On , the Record on Appeal was transmitted. The designation of record or item(s) designated by were not filed when the record was transmitted. The item(s) were filed on awaiting instructions from the assigned district judge.
- ☑ Other Manual filings: Appellant's Exhibit 53 and 54 from Bankruptcy Case #19-34054-sgj11 Docket number 4513.
- ☐ Copies of:

**TO ALL ATTORNEYS**: File all subsequent papers captioned and numbered with the appropriate division of the United States District Clerk's Office. Any questions concerning this proceeding should be directed to the U.S. District Clerk's Office at (214) 753−2200.

DATED: 11/2/26

FOR THE COURT:
Stephen J Manz, Clerk of Court

by: /s/Jeanette Almaraz, Deputy Clerk

# Exhibit 53

Hard copy to be delivered to the Court

Corresponding District Court Docket numbers:

3:26-cv-02315-K: Docket #: 19; Bankruptcy Record Vol. 3, pg. 1827
3:26-cv-02496-K: Docket #: 17; Bankruptcy Record Vol. 3, pg. 1833


HEDGING
DEATH
READERS' FAVORITE
FIVE STARS
A Judge Avery Lassiter Novel
Stacey Jernigan

# Exhibit 54

Hard copy to be delivered to the Court

Corresponding District Court Docket numbers:

3:26-cv-02315-K: Docket #: 19; Bankruptcy Record Vol. 3, pg. 1828
3:26-cv-02496-K: Docket #: 17; Bankruptcy Record Vol. 3, pg. 1834


He Watches All My Paths
A Novel
Stacey Jernigan